UNITED STATES DISTRICT COURT **JS-6**
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV-14-8502-R                                    Date: NOVEMBER 18, 2014

Title:   SAMUEL ACOSTA -V.- ERNEST PECORARO, et al.
===================================================================
PRESENT:   HONORABLE MANUEL L. REAL, JUDGE

| Christine Chung | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

   None                                                                    None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) SUA SPONTE REMANDING ACTION TO STATE COURT

**A district court must remand a case to state court "if at any time before final judgment it appears that the district court lacks subject matter jurisdiction." 28 U.S.C. 1447(c). Because this is an unlawful detainer action, a federal question does not present itself. See Indymac Federal Bank, F.S.B. v. Ocampo, No. CV 09-2337, 2010 WL 234828, *2 (C.D. Cal. Jan. 13, 2010) (sua sponte remanding an action to state court for lack of subject matter jurisdiction where plaintiff's complaint contained only an unlawful detainer claim). As such, this case is now REMANDED TO STATE COURT.**

**IT IS SO ORDERED.**

cc: counsel of record

MINUTES FORM 11                                              Initials of Deputy Clerk ___CCH____
CIVIL -- GEN